# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

UNITED STATES OF AMERICA,

Plaintiff,

Criminal No. 06-291(34) (JRT/SRN)

v.

**ORDER**

JANET LISA HEAD,

Defendant.

___

Jeffrey Paulsen, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Janet Lisa Head, #13882-041, FCI- Greenville, Post Office Box 6000, Greenville, IL 62246, *pro se* defendant.

Defendant has filed a motion to modify conditions of supervised release [Docket No. 1575]. **IT IS HEREBY ORDERED** that the government shall respond to the said motion by September 29, 2010.

DATED: September 14, 2010
at Minneapolis, Minnesota.

                                                                                  s/ John R. Tunheim
                                                                           JOHN R. TUNHEIM
                                                               United States District Judge